ant is entitled to recover on its counterclaim nine-twenty-fourths of $6,030, which amounts to $2,231.25, together with interest from the respective dates of the nine installments.

On its second cause of action, plaintiff is entitled to judgment for the sum of $141.02, the amount concededly due. Such sum together with interest, should be offset against defendant's recovery.

Accordingly, I dissent and vote for a modification of the judgment on the basis hereinabove set forth.

In the Matter of the Judicial Settlement of the Account of Proceedings of UNITED STATES TRUST COMPANY OF NEW YORK, as Successor Executor of the Last Will and Testament of LEWIS CASS LEDYARD, Deceased, and in the Matter of the Petition of DOROTHY LEDYARD KNIGHT, for the Removal of the UNITED STATES TRUST COMPANY OF NEW YORK as Sole Executor and Trustee of the Estate of LEWIS CASS LEDYARD, Deceased. In the Matter of the Compulsory Accounting in the Estate of LEWIS CASS LEDYARD, Deceased. DOROTHY LEDYARD KNIGHT, Appellant; UNITED STATES TRUST COMPANY OF NEW YORK, as Executor, etc., and as Successor-Executor and Trustee, etc., and Others, Respondents.— Decree and order unanimously affirmed. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

C. WALTER RANDALL, as Trustee of BUSH TERMINAL COMPANY, Debtor, Appellant, v. FRANK BAILEY and Others, Respondents, Impleaded with Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

JOHN J. DORDAN, Appellant, v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK and Another, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

ARTHUR J. RONAGHAN, as Executor, etc., of CHARLES HAYDEN, Deceased, and EDGAR A. DOUBLEDAY and Another, as Executors, etc., of CHARLES HAYDEN, Deceased, v. BERNARD DAVIS. MANUFACTURERS TRUST COMPANY v. BERNARD DAVIS.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

In the Matter of the Application of FRANCIS M. BACON and Others, for the Appointment of Appraisers to Determine the Value of the Voting Trust Certificates of the Class A Capital Stock of the SUSQUEHANNA SILK MILLS, etc.— Motion for leave to appeal to the Court of Appeals and for a stay granted. [See ante, p. 818.] Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

DAVID STONEMAN v. SAM KATZ and Others, Impleaded with SAM DEMBOW, JR.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Petition of NEW YORK COUNTY LAWYERS ASSOCIATION in Respect of Unlawful Practice of Law by SPENCER MORGAN DAWKINS.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.